# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Bessie D. Potts, | ) |
| Plaintiff, | ) Civil Action No. 3:10-2731-JFA |
| v. | ) **CONSENT ORDER OF DISMISSAL** |
| Waffle House, Inc., | ) |
| Defendant. | ) |

This matter comes before the Court to approve the dismissal of this action with prejudice. The Court is informed that this action has been resolved by agreement of the parties. Therefore, the parties consent to a dismissal of this action with prejudice.

IT IS, THEREFORE, ORDERED that this action is hereby dismissed with prejudice and forever ended.

AND IT IS SO ORDERED.

JOSEPH F. ANDERSON, JR.
United States District Judge

Columbia, South Carolina
January 5, 2011

1

WE CONSENT TO DISMISSAL
WITH PREJUDICE OF
CIVIL ACTION NO. 3:10-2731-JFA:


_____
BESSIE D. POTTS
*Plaintiff*


_____
ANDREW F. LINDEMANN    #5070
*Counsel for Defendant Waffle House, Inc.*

2